UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAYLOR W. ROWAND,

Defendant.

Case No. 6:25-PO-00563-HBK

ORDER CONTINUING INITIAL APPEARANCE

On April 3, 2026, the Court granted Defendant a six-month extension of time to pay the bailable fine ($230) for Violation No. E2436559 and continued Defendant's initial appearance to November 17, 2026, at 1:00 p.m. (Doc. 3). The time allowed for payment has expired, and Defendant has not paid the fine.

Due to a conflict in the Court's schedule, the initial appearance is rescheduled.

Accordingly, IT IS ORDERED:

1. Defendant's initial appearance currently scheduled for November 17, 2026, at 1:00 p.m. is continued to November 24, 2026, at 1:00 p.m.
2. Defendant must personally appear on November 24, 2026, at 1:00 p.m., unless the bailable fine for Violation No. E2436559 is paid in full no later than November 20, 2026.
3. If the $230 fine is paid in full no later than November 20, 2026, Defendant's personal appearance on November 24, 2026, is excused and the case will be closed.

4. The Clerk shall provide a copy of this Order to Plaintiff via email, if available, and to his mailing address of record.

IT IS SO ORDERED.

Dated: October 21, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE